**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ANDRES LOPEZTELLO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-6-KC** |
| | § | |
| **GENERAL MOTORS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 13. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Stipulation of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 5th day of September, 2024.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE